# UNITED STATES DISTRICT COURT
for the  
Eastern District of Arkansas

PHATIFFINIA ROBINSON

*Plaintiff*  
v.  
JAMES A. ROGERS EXCAVATING, INC.

)  
)  Case No. 4:24-CV-852-dpm  
)  
)  
)  
)

*Defendant*

## APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, James A. Rogers Excavating, Inc.

Date: October 25, 2024

James D. Robertson (AR95181)  
*Attorney's printed name and bar number*

425 W.Capitol Ave., #3400, Little Rock,AR 72201  
*Address*

jrobertson@barberlawfirm.com  
*E-mail address*

(501) 372-6175  
*Telephone number*

(888) 412-3288  
*FAX number*