IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

PHATIFFINIA ROBINSON                                             PLAINTIFF

Vs.                      Case No. 4:24-cv-852-DPM

JAMES A. ROGERS EXCAVATING, INC.                          DEFENDANT

## CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, James A. Rogers Excavating, Inc., by and through its counsel, Barber, Law Firm PLLC, and for its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states:

1.     James A. Rogers Excavating, Inc. is an Arkansas corporation.  There is no parent corporation.

2.     There is no parent company or publicly held corporation that owns an interest in James A. Rogers Excavating, Inc.

                                                       Respectfully submitted,

                                                       James D. Robertson   (AR BIN 95181)
                                                       BARBER LAW FIRM PLLC
                                                       *Attorneys for Defendant*
                                                       425 West Capitol Ave., Suite 3400
                                                       Little Rock, AR  72201
                                                       Tel: (501) 372-6175 | Fax: (888) 412-3288
                                                       Email: jrobertson@barberlawfirm.com