IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHATIFFINIA ROBINSON**             **PLAINTIFF**

vs.          No. 4:24-cv-852-DPM

**JAMES A. ROGERS EXCAVATING, INC.**             **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Phatiffinia Robinson and Defendant James A. Rogers Excavating, Inc., by and through their respective undersigned counsel, and submit the following Joint Status Report in compliance with the Court's Final Scheduling Order, ECF No. 9.

1. The parties have exchanged written discovery and Defendant has taken Plaintiff's deposition. Fact discovery remains open through 8 May 2026. The parties are working to complete any remaining discovery prior to that deadline, including any additional depositions or written discovery that may be necessary.

2. Counsel for the parties have discussed the possibility of settlement. Plaintiff's counsel has submitted a written settlement demand, and the parties anticipate engaging in further settlement negotiations in the near term.

3. No Settlement Conference has been requested, scheduled, or conducted. The parties have discussed the possibility of a settlement conference with a United States Magistrate Judge and anticipate revisiting that question as settlement negotiations progress, with any appropriate request to be filed on or before 8 July 2026.

        Respectfully submitted,

        **PLAINTIFF PHATIFFINIA ROBINSON**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Ste 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

**and**    **DEFENDANT JAMES A. ROGERS EXCAVATING, INC.**

        BARBER LAW FIRM PLLC
        425 West Capitol Ave., Suite 3400
        Little Rock, Arkansas 72201
        Telephone: (501) 372-6175
        Facsimile: (888) 412-3288

        */s/ James D. Robertson (w/permission)*
        James D. Robertson
        Ark. Bar No. 95181
        jrobertson@barberlawfirm.com