IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS


PHATIFFINIA ROBINSON                                          PLAINTIFF


Vs.                          Case No. 4:24-cv-852-DPM


JAMES A. ROGERS EXCAVATING, INC.                             DEFENDANT


**MOTION FOR SUMMARY JUDGMENT**

Comes Defendant, James A. Rogers Excavating, Inc. ("JARE"), by and through its attorneys, Barber Law Firm PLLC, pursuant to Fed. R. Civ. P. 56, for its Motion for Summary Judgment, and states:

1.      Plaintiff Phatiffinia Robinson filed her complaint on October 8, 2024, alleging that during her time as a dump truck driver for JARE, she was "subjected to constant harassment from her supervisors" and that she was paid less than men in the same position. [Doc. 1].  She also claims that she was retaliated against for complaining.

2.      Though not alleged in her Complaint, Plaintiff also complains that she was treated differently because of her race and was ultimately terminated because she was a black female. (Exhibit 1, Deposition of Plaintiff, pp. 79-80).  This claim is not preserved, but even if it were, Plaintiff cannot present a *prima facie* case of race-based discrimination.  Nor can she overcome the legitimate nondiscriminatory reasons for JARE's decision making.

3.      Plaintiff was paid at a rate of $18.50 an hour, a rate which was premised on Plaintiff's lower level of experience as a commercial driver and her limited responsibility of only

1

hauling materials to job sites in vehicles equipped with automatic transmissions. (Statement of Undisputed Facts, ¶¶ 1-4). The comparators identified by Ms. Robinson had more responsibility, more experience, more qualifications with respect to the equipment they could operate, or different jobs altogether, which justified the differences in pay of which she now complains. Thus, Plaintiff's identified comparators did not perform jobs requiring equal skill, effort, and responsibility. *Lawrence v. CNF Transp., Inc.,* 340 F.3d 486, 491 (8th Cir. 2003). JARE's pay scale varied not by gender but by qualifications, performance, tenure, and responsibilities.

4.      Plaintiff also cannot establish a claim under Title VII because she failed to meet her employer's legitimate expectations by repeatedly violating company policies and exhibiting unsafe behavior on work sites. *Keathley v. Ameritech Corp.*, 187 F.3d 915, 920 (8th Cir.1999).

5.      Likewise, seeing a decline in available work, JARE was forced to downsize its workforce. Plaintiff had limited responsibilities, had less qualifications, had already generated several complaints, and had less experience as a driver. (Statement of Undisputed Facts, ¶ 35). JARE therefore made a logical business decision to terminate Plaintiff's employment based on legitimate, non-discriminatory motivations. *Day v. Johnson*, 119 F.3d 650, 657 (8th Cir. 1997) (holding "[F]ederal courts are not self-appointed personnel managers, and they may not second-guess the fairness or wisdom of an employer's nondiscriminatory employment decisions.").

6.      Additionally, Plaintiff could not have been the victim of a hostile work environment because she has only pointed to a few isolated incidents of potentially offensive utterances that amount to nothing more than stray remarks and which cannot support a successful claim. *Yelder v. Hegseth*, 151 F.4th 943, 956 (8th Cir. 2025).

7.      Plaintiff has failed to establish a *prima facie* case under either Title VII or the EPA, and JARE is entitled to summary judgment in its favor on Plaintiff's claims.

2

8.    In support of this Motion, JARE files simultaneously herewith a brief in support and a Statement of Undisputed Material Facts, in accordance with Local Rule 56.1.

21.    JARE also submits the following exhibits to this Motion, which are incorporated herein:

Exhibit 1: Deposition Testimony of Plaintiff

Exhibit 2: Declaration of Chris Meyer

Wherefore, Defendant James A. Rogers Excavating, Inc., prays this Court grant its Motion for Summary Judgment, dismiss Plaintiff's Complaint with prejudice, and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

James D. Robertson   (AR BIN 95181)
BARBER LAW FIRM, PLLC
*Attorneys for Defendant*
One Allied Drive, Suite 1600
Little Rock, AR  72202
Tel: (501) 372-6175 | Fax: (888) 412-3288
Email: jrobertson@barberlawfirm.com

3