IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHATIFFINIA ROBINSON**                                      **PLAINTIFF**

vs.                              No. 4:24-cv-852-DPM

**JAMES A. ROGERS EXCAVATING, INC.**                    **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Phatiffinia Robinson and Defendant James A. Rogers Excavating, Inc., by and through their respective undersigned counsel, and submit the following Joint Status Report in compliance with the Court's Final Scheduling Order, ECF No. 9.

1.    The parties have engaged in settlement discussions but have not reached a resolution. At this time, the parties do not believe that a settlement conference would be productive and therefore do not request that one be scheduled.

2.    On July 2, 2026, Defendant filed its Motion for Summary Judgment (ECF No. 13). Plaintiff is preparing its response and anticipates seeking a brief extension of the response deadline.

Respectfully submitted,

**PLAINTIFF PHATIFFINIA ROBINSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

and     **DEFENDANT JAMES A. ROGERS
EXCAVATING, INC.**

BARBER LAW FIRM PLLC
425 West Capitol Ave., Suite 3400
Little Rock, Arkansas 72201
Telephone: (501) 372-6175
Facsimile: (888) 412-3288

*/s/ James D. Robertson (w/permission)*
James D. Robertson
Ark. Bar No. 95181
jrobertson@barberlawfirm.com