IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHATTIFINIA ROBINSON**                                                    **PLAINTIFF**

vs.                                    No. 4:24-CV-852-DPM

**JAMES A. ROGERS EXCAVATING, INC.**                          **DEFENDANT**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff Phattifinia Robinson by and through her attorneys of Sanford Law Firm, PLLC, and for her Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, states and alleges as follows:

1.     Defendant filed its Motion for Summary Judgment on 2 July 2026, making Plaintiff's response due on 16 July 2026.

2.     Plaintiff's counsel is preparing a response to Defendant's Motion but requires additional time to do so.

3.     Plaintiff respectfully requests an extension through and including 30 July 2026 to file her response.

4.     Plaintiff's counsel conferred with Defendant's counsel regarding this motion, and Defendant does not oppose the requested extension.

5.     This motion is not made for purposes of delay.

6.     The requested extension does not conflict with any other deadlines

Page 1 of 2
Phattifinia Robinson v. James A. Rogers Excavating, Inc.
U.S.D.C. (E.D. Ark.) No. 4:24-cv-852-DPM
Unopposed Motion for Extension of Time
to Respond to Defendant's Motion for Summary Judgment

currently set in this matter.

WHEREFORE, Plaintiff Phattifinia Robinson respectfully requests that the Court grant this motion and extend her deadline to respond to Defendant's Motion for Summary Judgment through and including July 30, 2026.

Respectfully submitted,

**PLAINTIFF PHATTIFINIA ROBINSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

**Page 2 of 2**
**Phattifinia Robinson v. James A. Rogers Excavating, Inc.**
**U.S.D.C. (E.D. Ark.) No. 4:24-cv-852-DPM**
**Unopposed Motion for Extension of Time**
**to Respond to Defendant's Motion for Summary Judgment**