Case 4:24-cv-00852-DPM    Document 20-5    Filed 07/30/26    Page 1 of 2



