4:46



65

(985) 992-0479 ⌄

> U still a racist rogers ?

lol noooo indeed.. I left maybe 2-3 weeks after u did

> Dang lol what happened

I went to doing the heavy haul and my pay was supposed to go up and never did.. then Adam was basically trying to make me do all his work... wasn't going for it

> That's sad asf they been on bs and Adam fat pervert ass

Hell yeah so I went drive hazmat for this company they was pretty good $27 a hour but the checks every 2 weeks was shitty so u came back on the road wby ?

> That's good! Nawl I'm not driving now I'm fina reopen my

  Type a message