IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

PHATIFFINIA ROBINSON PLAINTIFF

Vs. Case No. 4:24-cv-852-DPM

JAMES A. ROGERS EXCAVATING, INC. DEFENDANT

**JOINT MOTION TO CONTINUE REMAINING DEADLINES & TRIAL DATE**

Plaintiff, Phatiffina Robinson, by and through counsel, the Sanford Law Firm, and Defendant, James A. Rogers Excavating, Inc., by and through counsel, Barber Munson, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, and for their Joint Motion to Continue Remaining Deadlines and Trial Date, state as follows:

1. On October 8, 2024, Plaintiff filed her Complaint alleging counts of employment discrimination against the Defendant. The Defendant timely answered this Complaint on October 25, 2024.

2. On February 19, 2025, a Final Scheduling Order was filed by the Court. This Order requires that Deposition Designations should be exchanged by November 6, 2026; Motions in Limine are due on December 8, 2026; Local Rule 26.2 Pre-trial Disclosure Sheets, a Joint Report on Deposition Designation disputes, Trial Briefs, and Jury Instructions were all due by January 7, 2027; and the final Jury Trial has been set for February 8, 2027.

3. On July 2, 2026, the Defendant filed a Motion for Summary Judgment, arguing that the Plaintiff had failed to demonstrate facts sufficient to support her claims of sex or race discrimination, that the Plaintiff couldn't establish retaliation, and that the Plaintiff had failed to

demonstrate that she was paid less than men in her position. The Plaintiff subsequently responded to this Motion for Summary Judgment on July 30, 2026, and the Defendant replied in support of the Motion for Summary Judgment on August 6, 2026. As of the filing of this Joint Motion, the Court has yet to rule on the pending Motion for Summary Judgment.

4. The Parties now request that the Court continue the deadlines for Deposition Designations and their Joint Reports, Motions in Limine, Rule 26.2 Pre-trial Disclosure Sheets, Trial Briefs, and Jury Instructions while the Motion for Summary Judgment is pending. The Parties further request that the pending Trial Date of February 8, 2027 be continued until the Court has ruled on the pending Motion for Summary Judgment.

5. Under Rule 16(b)(4) of the Federal Rules of Civil Procedure, "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). There is sufficient good cause to continue the trial date and remaining deadlines.

6. The pending Motion for Summary Judgment may resolve all or a substantial portion of the claims and defenses in this case. Thus, requiring the parties to complete final pretrial preparation before the Court rules on the Motion for Summary Judgment would result in the parties expending substantial time and expense preparing to try claims that may be narrowed or eliminated.

7. Furthermore, the requested continuance will preserve judicial resources. A ruling on the Motion for Summary Judgment could dispose of all or substantially narrow the issues to be tried, and could remove the need for a trial altogether if it is granted in full. Deferring final pretrial submissions could keep the Court from having to rule on and examine pretrial motions and submissions on claims that may not survive summary judgment. Continuing the deadlines and trial

date will avoid potential needless expenditure of judicial time and effort, and allows the Court to allocate its trial calendar most effectively.

8. The Parties are not seeking this Joint Motion for the purposes of delay, and the Parties have been diligent in meeting the Court's deadlines throughout the process of this case. The Parties jointly request a continuance solely to allow the Court adequate time to rule on the pending Motion for Summary Judgment before final trial preparations begin.

9. Counsel for the Parties have conferred regarding this Joint Motion, and neither party is in opposition to this Joint Motion. Furthermore, continuing these deadlines will not prejudice or disadvantage either party, and the requested continuance will not affect any deadline that has already passed.

10. The Parties propose that, upon the Court's ruling on the Motion for Summary Judgment, the Court reset the trial date and remaining pretrial deadlines.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to Continue Remaining Deadlines and Trial Date, continue the trial date and all remaining pretrial deadlines pending the Court's ruling on the pending Motion for Summary Judgment, and reset the trial date and remaining pretrial deadlines.

Respectfully submitted,

James D. Robertson (AR BIN 95181)
BARBER MUNSON
***Attorneys for Defendant***
One Allied Drive, Suite 1600
Little Rock, AR 72202
Tel: (501) 372-6175 | Fax: (888) 412-3288
Email: jrobertson@barbermunson.com

AND

Sean Short (AR BIN 2015079)
SANFORD LAW FIRM PLLC
***Attorneys for Plaintiff***
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Tel: (5010 221-0088) | Fax: (888) 787-2040
Email: sean@sanfordlawfirm.com